UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BILLY JONES

VERSUS

WEATHERFORD INTERNATIONAL,
LTD, LAMAR OIL & GAS, INC.,
ABC INSURANCE COMPANY AND
XYZ INSURANCE COMPANY

CIVIL ACTION

NO. 07-450-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated February 5, 2009. Defendants have filed an objection and plaintiff has filed a response which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion for summary judgment (rec. doc. 41) filed by defendants, Lamar Oil & Gas, Inc. And Lexington Gas Company is denied.

Baton Rouge, Louisiana, March  /7  , 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA